IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION



DYSON TECHNOLOGY LIMITED,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS

IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No. 22-cv-02579

Judge Sara L. Ellis

Magistrate Judge M. David Weisman

## Motion for extension

For the reasons set forth below, the chinese individual seller 夏信波(Xinbo Xia) represents his stores hengyangpuxingdianzishangwuyouxiangongsi(No.75), shenzhenshiyangbomingyuanmaoyiyouxiangongsi(No.76) , zhengzhoubiansongshangmaoyouxiangongsi(No.81) , and shenzhenshiyiruichuanghuimaoyiyouxiangongsi(No.83) to respectfully request a 28-day extension in order to respond to Plaintiffs' Complaint or settle the case out of court.

a. Since the defendant did not often use email, until recently, the defendant found the plaintiff's notice in the dustbin when comprehensively checking the email, and realized the facts of his lawsuit.

b. The defendant is contacting the plaintiff to discuss the settlement, which will take some

1

time for both perties to reach a settlement agreement;

c. The application for an extension will not cause damages to the plaintiff;

d. The defendant needs to beg for more time to seek US legal counsel or lawyers to participate in the lawsuit if necessary;

e. This Motion is filed in good faith and is not interposed for purposes of delay.

WHEREFORE, the defendant 夏信波(Xinbo Xia) respectfully prays that this Court enter an order extending Defendant's due date to respond to Plaintiff's Complaint to September 1, 2022.

Dated 4, August, 2022

Respectfully Submitted,

夏信波(Xinbo Xia)

E-mail: shangba2022@126.com

Phone number: 131-3552-5426

Jian She Road, Longhua District,Shen Zhen, China.