IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED,<br><br>        Plaintiff,<br>v.<br><br>GLOBAL SEAL STORE, et al.,<br><br>        Defendants. | Case No. 22-cv-02579<br><br>**Judge Sara L. Ellis**<br><br>**Magistrate Judge M. David Weisman** |

### PLAINTIFF'S MOTION TO EXTEND THE DEADLINE TO FILE ITS MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT

Plaintiff Dyson Technology Limited ("Dyson" or "Plaintiff"), by its counsel, moves this Honorable Court to extend the deadline to file its motion for entry of default and default judgment.

On July 1, 2022, the Court set a status hearing for August 9, 2022, at 9:30 a.m. and ordered Plaintiff to file any motion for default judgment to be noticed for presentment on the August 9, 2022 status hearing date. *See* [37]. As of August 4, 2022, Plaintiff is in active settlement negotiations with numerous Defendants. As such, Plaintiff respectfully requests that the Court extend the deadline to file any motion for default judgment and corresponding status hearing [37] by an additional twenty-one (21) days.

1

|   |   |
|---|---|
| Dated this 4th day of August 2022. | Respectfully submitted,<br><br>/s/ Justin R. Gaudio<br>Lawrence J. Crain<br>Justin R. Gaudio<br>Jake M. Christensen<br>Kasey L. Ewald<br>Greer, Burns & Crain, Ltd.<br>300 South Wacker Drive, Suite 2500<br>Chicago, Illinois 60606<br>312.360.0080 / 312.360.9315 (facsimile)<br>lcrain@gbc.law<br>jgaudio@gbc.law<br>jchristensen@gbc.law<br>kewald@gbc.law<br><br>*Counsel for Plaintiff Dyson Technology Limited* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August 2022, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website and I will send an e-mail to the e-mail addresses identified in Exhibit A hereto that includes a link to said website.

/s/ Justin R. Gaudio
Lawrence J. Crain
Justin R. Gaudio
Jake M. Christensen
Kasey L. Ewald
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
lcrain@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
kewald@gbc.law

*Counsel for Plaintiff Dyson Technology Limited*