# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Dyson Technology Limited

                                            Plaintiff,

v.                                                    Case No.: 1:22−cv−02579

                                                   Honorable Sara L. Ellis

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 8, 2022:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants Plaintiff's motion for extension of time [43]. The Court strikes the status date set for 8/9/2022 and resets it to 9/13/2022 at 9:30 a.m. Plaintiff should file and notice for presentment on the next status date any motion for entry of default and default judgment. The Court grants Defendants' motion for extension of time to answer or otherwise plead [42]. Defendants' responsive pleadings are due by 9/6/2022. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.