IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED,<br><br>  Plaintiff,<br>v.<br><br>GLOBAL SEAL STORE, et al.,<br><br>  Defendants. | Case No. 22-cv-02579<br><br>**Judge Sara L. Ellis**<br><br>**Magistrate Judge M. David Weisman** |

**PLAINTIFF'S MOTION TO EXTEND THE DEADLINE TO FILE ITS
MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT**

Plaintiff Dyson Technology Limited ("Dyson" or "Plaintiff"), by its counsel, moves this Honorable Court to extend the deadline to file its motion for entry of default and default judgment.

On August 9, 2022, the Court extended the previously set status hearing and corresponding default filing deadline and ordered Plaintiff to file any motion for default judgment to be noticed for presentment on the September 13, 2022 status hearing date. *See* [37], [45]. As of September 8, 2022, Plaintiff is in active settlement negotiations with numerous Defendants, including certain Defendants that have filed motions for an extension of time to respond to the Complaint. *See* [47], [49]. As such, Plaintiff respectfully requests that the Court extend the deadline to file any motion for default judgment and corresponding status hearing [45] by an additional twenty-eight (28) days.

1

Dated this 8th day of September 2022.　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　　Lawrence J. Crain
　　　　　　　　　　　　　　　　　　　　Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　　Jake M. Christensen
　　　　　　　　　　　　　　　　　　　　Kasey L. Ewald
　　　　　　　　　　　　　　　　　　　　Greer, Burns & Crain, Ltd.
　　　　　　　　　　　　　　　　　　　　300 South Wacker Drive, Suite 2500
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　　312.360.0080 / 312.360.9315 (facsimile)
　　　　　　　　　　　　　　　　　　　　lcrain@gbc.law
　　　　　　　　　　　　　　　　　　　　jgaudio@gbc.law
　　　　　　　　　　　　　　　　　　　　jchristensen@gbc.law
　　　　　　　　　　　　　　　　　　　　kewald@gbc.law

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Dyson Technology Limited*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of September 2022, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website and I will send an e-mail to the e-mail addresses identified in Exhibit A hereto that includes a link to said website.

/s/ Justin R. Gaudio
Lawrence J. Crain
Justin R. Gaudio
Jake M. Christensen
Kasey L. Ewald
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
lcrain@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
kewald@gbc.law

*Counsel for Plaintiff Dyson Technology Limited*