# Exhibit A

| Store name | Email |
| --- | --- |
| 365 day healthy life Store | aa14734806800@sina.com |
| A14OIDGULMXM4W | guo18710702899@outlook.com |
| A3I3JXKROO4TFG | ljdama201905@sina.com |
| anxiaoyu15655anxiaoyu | anxiaoyu15655@163.com |
| Aomeez | a21112333@163.com |
| BBkewllclo | thvb545a@139.com |
| Beauty Health Neo Store | heitiaoma3@163.com |
| BEZCO | zzfirst777@163.com |
| biguilaiintelligent | 13178695393@163.com |
| binglinguo | gdhigfhhf@163.com |
| ChaKeDianPu | iyzags@outlook.com |
| changcheng-store | 304020041@qq.com |
| cxnbm | wordsinmyheart@126.com |
| dailybuyme | dailybuymeqa@hotmail.com |
| dakseng | 815760249@qq.com |
| Daye07 | dhchengjiu@163.com |
| Dlmeda | donglang0203@163.com |
| Fashionjewery2017 | 18006509252@163.com |
| Fly Sunton | zf_support@163.com |
| geeeren | guojiushi3323106@163.com |
| GESS-Beauty | linda@gess.com.cn |
| Global Seal Store | 3470359172@qq.com |
| goodtimefashionstore | 1217897238@qq.com |
| Hatylaq US | qiumao703@163.com |
| healthy life 360 Store | aa13679292635@sina.com |
| hengyangpuxingdianzishangwuyouxiangongsi | yhupzqpd@126.com |
| Hkfanyang | fanyang881zheng@163.com |
| HPlayer | fenyanpeng123@163.com |
| IKATOP | wsz284830760@foxmail.com |
| Jahyshow | jhywm99@163.com |
| Kerong SE Store | kerong-leo@kerongsmart.com |
| Ksent | lijiaolu5378@hotmail.com |
| libingdianzishangwu | yj9298@163.com |
| libodebeimeidian | xzr5846us@126.com |
| Lingood | linlinting8@163.com |
| LIOU | pozhitangju021@163.com |
| Little Talior Store | gzjianyi1905@163.com |
| LSM-jk | 2995701134@qq.com, 1208469718@qq.com |
| Manxiao007 | 1564680959@qq.com |
| MOUU | rapidgesture@163.com |

| Musding | luankongtenggme@163.com |
|---|---|
| mwdzsw | bibi190689@163.com |
| Mydreamplus | chunhongbaihuodian@163.com |
| Nafxzy | fapiaoxiangqia@outlook.com |
| OSLEI | hj18575562418@163.com, 983126382@qq.com |
| Pengpeng Appliances Store | 3307276264@qq.com |
| Preferred appliances Store | jiayongdianqi001@163.com |
| Promisingfuture | 806586042@qq.com |
| QTONG | qtwl6789@126.com |
| runan-stor | d18962145615@163.com |
| shen zhen shi gu yun shan ke ji you xian gong si | 17665071042@sohu.com |
| shengkuang01 | meijianglv019@163.com |
| shengy945380 | shengyide2233@outlook.com |
| shenzhenkuoyandianziyouxiangongsi | holvv@outlook.com |
| ShenZhenShiQingMuGuoKeJiYouXianGongSi | qmg-us@outlook.com |
| shenzhenshiyangbomingyuanmaoyiyouxiangongsi | nxjtflxu@126.com |
| shenzhenshiyiruichuanghuimaoyiyouxiangongsi | glibdzwk@163.com |
| Shop1100241052 Store | smtchenyi68@163.com |
| Shop911332171 Store | 1570892307@qq.com |
| shopno.7 | shopno77@163.com |
| sjdjbsdjfbsjdbf | liuyanlongam@163.com, zhangyanjinam@163.com |
| SquidGG-US | yaxiac737531@163.com |
| stay real | luisespinozaz@outlook.es |
| sunshinegolden | paixuany@163.com |
| Szhusm | udolph_k2d@sina.com, eksmyxgs@outlook.com |
| Tengy | tengyafang888@163.com |
| The life Show | 172922986@qq.com |
| transmi | transmi@163.com |
| Vadunsuz | meirenzhug@outlook.com |
| VKOMGH | dongteng115@163.com |
| Vobor | lituece@163.com |
| wangyidedianpua | pei284ta@163.com |
| WHQbaihuo | wgqhezuosheuk@163.com |
| wuhanwangtexiwanjuyouxiangongsi | wangkangpeng0403@outlook.com |
| xianhengbianzhizhenshangmaoyouxiangongsi | zk17301760608@outlook.com, fanggangchui5435@163.com, saicheng666@163.com |
| xiaochuniang | jiajunjianderen@hotmail.com |
| xuejianrongus | xuejianrongus@hotmail.com |

| | |
|---|---|
| XUWEIJIA | xw6497529@163.com |
| YAEVE | xiantumu796@163.com |
| y-chris | zexianbestseller@outlook.com |
| yihua-store | 3393857695@qq.com |
| YINYINGER | thousandayear@hotmail.com |
| yisuiling | qlk526vmv@163.com |
| Ylzuhewd | fengshuaishuai4536@outlook.com |
| yuehongyang | yuehongyangtj@hotmail.com |
| ZCMY | barchlatt92715@gmail.com, szzhicheng123@163.com |
| zhenghzouliukoushangmaoyouxiangongsi | dynckswm@163.com |
| zhengzhoubiansongshangmaoyouxiangongsi | grktgyhc@126.com |