IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GLOBAL SEAL STORE, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-02579<br><br>**Judge Sara L. Ellis**<br><br>**Magistrate Judge M. David Weisman** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure Plaintiff Dyson Technology Limited ("Dyson" or "Plaintiff") hereby dismisses this action with prejudice as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| Pengpeng Appliances Store | 5 |

Dated this 7th day of October 2022.　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Jake M. Christensen
　　　　　　　　　　　　　　　　　　　Lawrence J. Crain
　　　　　　　　　　　　　　　　　　　Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　Jake M. Christensen
　　　　　　　　　　　　　　　　　　　Kasey L. Ewald
　　　　　　　　　　　　　　　　　　　Greer, Burns & Crain, Ltd.
　　　　　　　　　　　　　　　　　　　300 South Wacker Drive, Suite 2500
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　312.360.0080 / 312.360.9315 (facsimile)
　　　　　　　　　　　　　　　　　　　lcrain@gbc.law
　　　　　　　　　　　　　　　　　　　jgaudio@gbc.law
　　　　　　　　　　　　　　　　　　　jchristensen@gbc.law
　　　　　　　　　　　　　　　　　　　kewald@gbc.law

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Dyson Technology Limited*