# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>GLOBAL SEAL STORE, et al.,<br><br>    Defendants. | Case No. 22-cv-02579<br><br>**Judge Sara L. Ellis**<br><br>**Magistrate Judge M. David Weisman** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure Plaintiff Dyson Technology Limited ("Dyson" or "Plaintiff") hereby dismisses this action with prejudice as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| yisuiling | 82 |

Dated this 28th day of October 2022.

Respectfully submitted,

/s/ Jake M. Christensen
Lawrence J. Crain
Justin R. Gaudio
Jake M. Christensen
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
lcrain@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law

*Counsel for Plaintiff Dyson Technology Limited*